IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------X

UNITED STATES OF AMERICA,

Plaintiff,

                                      CRIM. NO. 24-154 (SCC)

-against-

ALDRIN MANUEL LARA-MARTINEZ,

Defendant.

------------------------------------------------------------------------X

# **<u>EXHIBIT A</u>**



U.S. Department of Justice

**W. Stephen Muldrow**
*United States Attorney*
*District of Puerto Rico*

---

*Torre Chardón, Suite 1201 (787) 766-5656*
*350 Carlos Chardón Street*
*San Juan, Puerto Rico 00918*

May 13, 2024

Via USAFx

1. Aldrin Manuel Lara-Martinez

    Re:    United States v. Lara-Martinez
             Criminal No. <u>24-cr-154SCC</u>
             General Discovery Package Dated Monday, May 13, 2024

Dear Counselor:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and by order of the Court, we are providing you with the following discovery in the above-referenced case.

As you are aware, Rule 16 generally entitles you to pretrial disclosure of certain categories of information in the possession of the United States of America. They are as follows:

a. Recorded and written statements made by a defendant before or after the arrest and the substance of oral statements made by the defendant to any person known to be a Government agent;
b. A defendant's prior criminal record, if any;
c. Documents and tangible objects to be introduced by the United States during its case-in-chief, or taken from the possession of a defendant;
d. Reports of scientific tests and medical examination; and
e. A written summary of expert witness(es) testimony.

*See* Fed. R. Crim. P. 16(a)(1)(A)-(G). As to the categories as set out above, the United States of America recognized its continuing duty to exercise due diligence in disclosing material which may later become known to us before the trial of this case.

The Rule 16 materials that are being provided to you along with this letter are described below:

| Item | Description | Folder |
|---|---|---|
| 1 | 2023-10-04_CGIS Affidavit 23-1073MJ.pdf | Arrest Package |
| 2 | 2023-10-04_USDCPR Complaint 23-1073MJ.pdf | Arrest Package |
| 3 | 2023-10-05_BOP Prisoner Remand Form_Redacted.pdf | Arrest Package |
| 4 | 2023-10-05_Mandatory Notification.pdf | Arrest Package |
| 5 | 2023-10-05_USCG Arrest Fingerprint.pdf | Arrest Package |
| 6 | 2023-10-05_USDCPR AW Return.pdf | Arrest Package |
| 7 | 2023-10-05_USMS Booking Information_Redacted.pdf | Arrest Package |
| 8 | _snippet_feed1_16_33_31__09_29_2023.ts (1).avi | CAMB |
| 9 | 2023-09-29_USCBP Crew Statement STOI.pdf | CAMB |
| 10 | snapshot_feed1_1080P_MEA_16_31_59__09_29_2023.nitf.jpg | CAMB\OneDrive_2_10-9-2023 |
| 11 | snapshot_feed1_1080P_MEA_16_33_22__09_29_2023.nitf.jpg | CAMB\OneDrive_2_10-9-2023 |
| 12 | snapshot_feed1_1080P_MEA_16_39_04__09_29_2023.nitf.jpg | CAMB\OneDrive_2_10-9-2023 |
| 13 | snapshot_feed1_1080P_MEA_16_39_43__09_29_2023.nitf.jpg | CAMB\OneDrive_2_10-9-2023 |
| 14 | snapshot_feed1_1080P_MEA_16_39_50__09_29_2023.nitf.jpg | CAMB\OneDrive_2_10-9-2023 |
| 15 | snapshot_feed1_1080P_MEA_16_40_05__09_29_2023.nitf.jpg | CAMB\OneDrive_2_10-9-2023 |
| 16 | snapshot_feed1_1080P_MEA_16_40_07__09_29_2023.nitf.jpg | CAMB\OneDrive_2_10-9-2023 |
| 17 | snapshot_feed1_1080P_MEA_16_40_12__09_29_2023.nitf.jpg | CAMB\OneDrive_2_10-9-2023 |
| 18 | snapshot_feed1_1080P_MEA_16_40_18__09_29_2023.nitf.jpg | CAMB\OneDrive_2_10-9-2023 |
| 19 | snapshot_feed1_1080P_MEA_16_48_32__09_29_2023.nitf.jpg | CAMB\OneDrive_2_10-9-2023 |
| 20 | 1133-011-23 Manifest_Redacted.pdf | Case Package |
| 21 | 1133-012-23 REPAT Form_Redacted.pdf | Case Package |
| 22 | DD-1149 AMIO MISLE 1370337 TO JNP.pdf | Case Package |
| 23 | DD-1149 DET MISLE 1370337 TO JNP.pdf | Case Package |
| 24 | LE SITREP MISLE1370337_Redacted.pdf | Case Package |
| 25 | Photo of Aldrin Lara.pdf | Case Package |
| 26 | 2023-10-04_Req & Invoice-Shipping Doc_Redacted.pdf | Custody Receipts |
| 27 | 2023-10-05_CG Evid Custody Exh 1 EV2310000497_Redacted.pdf | Custody Receipts |
| 28 | 2023-10-05_CG Evid Custody Exh 2 EV2310000498_Redacted.pdf | Custody Receipts |
| 29 | 2023-10-05_CG Evid Custody Exh 3 EV2310000499_Redacted.pdf | Custody Receipts |
| 30 | 2023-10-05_CG Evid Custody Exh 4 EV2310000506_Redacted.pdf | Custody Receipts |

| Item | Description | Folder |
|------|-------------|--------|
| 31 | 2023-10-05_CG Evid Custody-Phone-PP-Log Book_Redacted.pdf | Custody Receipts |
| 32 | 2023-10-11_DHS Receipt for Property-DVD_Redacted.pdf | Custody Receipts |
| 33 | 2023-08-22_DR Judicial Order Lara-Martinez.pdf | Dominican Republic |
| 34 | DICRIM DR Wanted Post Aldrin Manuel Lara-Martinez.pdf | Dominican Republic |
| 35 | 80945510_Apr_01_2024_13_38_11_PM_6179915096.wav | TRUFONE Recordings |
| 36 | 80945510_Apr_01_2024_17_28_44_PM_6177503099.wav | TRUFONE Recordings |
| 37 | 80945510_Apr_02_2024_12_54_33_PM_6179915096.wav | TRUFONE Recordings |
| 38 | 80945510_Apr_03_2024_17_52_16_PM_6179915096.wav | TRUFONE Recordings |
| 39 | 80945510_Apr_04_2024_10_40_19_AM_6177503099.wav | TRUFONE Recordings |
| 40 | 80945510_Apr_04_2024_13_34_32_PM_6179915096.wav | TRUFONE Recordings |
| 41 | 80945510_Apr_04_2024_18_13_08_PM_6177503099.wav | TRUFONE Recordings |
| 42 | 80945510_Apr_04_2024_19_39_44_PM_6177503099.wav | TRUFONE Recordings |
| 43 | 80945510_Apr_05_2024_13_53_08_PM_8574922667.wav | TRUFONE Recordings |
| 44 | 80945510_Apr_05_2024_17_11_48_PM_6179915096.wav | TRUFONE Recordings |
| 45 | 80945510_Apr_06_2024_13_33_59_PM_8574922667.wav | TRUFONE Recordings |
| 46 | 80945510_Apr_06_2024_19_10_38_PM_6179915096.wav | TRUFONE Recordings |
| 47 | 80945510_Apr_06_2024_20_01_44_PM_8574922667.wav | TRUFONE Recordings |
| 48 | 80945510_Apr_07_2024_13_44_36_PM_8572461333.wav | TRUFONE Recordings |
| 49 | 80945510_Apr_07_2024_17_13_33_PM_8572461333.wav | TRUFONE Recordings |
| 50 | 80945510_Apr_08_2024_13_18_11_PM_6179915096.wav | TRUFONE Recordings |
| 51 | 80945510_Dec_01_2023_12_53_11_PM_6179915096.wav | TRUFONE Recordings |
| 52 | 80945510_Dec_01_2023_15_08_04_PM_8572461333.wav | TRUFONE Recordings |
| 53 | 80945510_Dec_01_2023_17_49_46_PM_8572301460.wav | TRUFONE Recordings |
| 54 | 80945510_Dec_02_2023_13_20_49_PM_8574922667.wav | TRUFONE Recordings |
| 55 | 80945510_Dec_02_2023_17_09_16_PM_6179915096.wav | TRUFONE Recordings |
| 56 | 80945510_Dec_03_2023_12_14_50_PM_6179915096.wav | TRUFONE Recordings |
| 57 | 80945510_Dec_03_2023_17_30_52_PM_6179915096.wav | TRUFONE Recordings |
| 58 | 80945510_Dec_04_2023_14_22_16_PM_6177503099.wav | TRUFONE Recordings |
| 59 | 80945510_Dec_04_2023_17_47_20_PM_6179915096.wav | TRUFONE Recordings |
| 60 | 80945510_Dec_05_2023_17_43_27_PM_6179915096.wav | TRUFONE Recordings |
| 61 | 80945510_Dec_05_2023_18_49_50_PM_6179915096.wav | TRUFONE Recordings |
| 62 | 80945510_Dec_06_2023_18_27_26_PM_8572461333.wav | TRUFONE Recordings |
| 63 | 80945510_Dec_06_2023_19_16_58_PM_6179915096.wav | TRUFONE Recordings |
| 64 | 80945510_Dec_06_2023_20_02_20_PM_6179915096.wav | TRUFONE Recordings |
| 65 | 80945510_Dec_07_2023_13_57_29_PM_6179910652.wav | TRUFONE Recordings |
| 66 | 80945510_Dec_07_2023_15_14_41_PM_6179915096.wav | TRUFONE Recordings |
| 67 | 80945510_Dec_07_2023_18_09_38_PM_6179915096.wav | TRUFONE Recordings |
| 68 | 80945510_Dec_09_2023_13_14_30_PM_6179915096.wav | TRUFONE Recordings |
| 69 | 80945510_Dec_10_2023_14_16_10_PM_6179915096.wav | TRUFONE Recordings |

| Item | Description | Folder |
|---|---|---|
| 70 | 80945510_Dec_11_2023_14_41_27_PM_6177503099.wav | TRUFONE Recordings |
| 71 | 80945510_Dec_11_2023_17_52_04_PM_6179915096.wav | TRUFONE Recordings |
| 72 | 80945510_Dec_12_2023_14_11_57_PM_6179915096.wav | TRUFONE Recordings |
| 73 | 80945510_Dec_13_2023_17_39_34_PM_6179915096.wav | TRUFONE Recordings |
| 74 | 80945510_Dec_15_2023_14_59_37_PM_6177503099.wav | TRUFONE Recordings |
| 75 | 80945510_Dec_15_2023_18_53_07_PM_6179915096.wav | TRUFONE Recordings |
| 76 | 80945510_Dec_16_2023_13_21_20_PM_6179915096.wav | TRUFONE Recordings |
| 77 | 80945510_Dec_17_2023_12_18_33_PM_6179915096.wav | TRUFONE Recordings |
| 78 | 80945510_Dec_17_2023_13_49_38_PM_6179915096.wav | TRUFONE Recordings |
| 79 | 80945510_Dec_18_2023_14_33_07_PM_6177503099.wav | TRUFONE Recordings |
| 80 | 80945510_Dec_18_2023_17_25_47_PM_6179915096.wav | TRUFONE Recordings |
| 81 | 80945510_Dec_19_2023_17_29_45_PM_6179915096.wav | TRUFONE Recordings |
| 82 | 80945510_Dec_20_2023_13_24_14_PM_6177503099.wav | TRUFONE Recordings |
| 83 | 80945510_Dec_20_2023_14_37_02_PM_6179915096.wav | TRUFONE Recordings |
| 84 | 80945510_Dec_20_2023_17_30_42_PM_9789434097.wav | TRUFONE Recordings |
| 85 | 80945510_Dec_20_2023_20_12_00_PM_9789434097.wav | TRUFONE Recordings |
| 86 | 80945510_Dec_21_2023_12_00_07_PM_6179915096.wav | TRUFONE Recordings |
| 87 | 80945510_Dec_21_2023_18_15_42_PM_6177503099.wav | TRUFONE Recordings |
| 88 | 80945510_Dec_23_2023_11_53_44_AM_9789434097.wav | TRUFONE Recordings |
| 89 | 80945510_Dec_23_2023_14_08_19_PM_6179915096.wav | TRUFONE Recordings |
| 90 | 80945510_Dec_23_2023_17_23_57_PM_6179915096.wav | TRUFONE Recordings |
| 91 | 80945510_Dec_24_2023_17_39_35_PM_6177503099.wav | TRUFONE Recordings |
| 92 | 80945510_Dec_25_2023_13_36_52_PM_6179915096.wav | TRUFONE Recordings |
| 93 | 80945510_Dec_25_2023_14_51_15_PM_9789434097.wav | TRUFONE Recordings |
| 94 | 80945510_Dec_26_2023_13_20_44_PM_6179915096.wav | TRUFONE Recordings |
| 95 | 80945510_Dec_26_2023_18_22_23_PM_6179910652.wav | TRUFONE Recordings |
| 96 | 80945510_Dec_26_2023_19_11_09_PM_6179910652.wav | TRUFONE Recordings |
| 97 | 80945510_Dec_26_2023_19_52_56_PM_6179915096.wav | TRUFONE Recordings |
| 98 | 80945510_Dec_27_2023_13_13_16_PM_6177503099.wav | TRUFONE Recordings |
| 99 | 80945510_Dec_27_2023_14_14_34_PM_6179915096.wav | TRUFONE Recordings |
| 100 | 80945510_Dec_27_2023_18_09_35_PM_6173143063.wav | TRUFONE Recordings |
| 101 | 80945510_Dec_27_2023_19_06_10_PM_9789434097.wav | TRUFONE Recordings |
| 102 | 80945510_Dec_27_2023_20_04_35_PM_6179915096.wav | TRUFONE Recordings |
| 103 | 80945510_Dec_28_2023_13_28_27_PM_6179915096.wav | TRUFONE Recordings |
| 104 | 80945510_Dec_28_2023_14_22_50_PM_9789434097.wav | TRUFONE Recordings |
| 105 | 80945510_Dec_28_2023_19_04_58_PM_6179915096.wav | TRUFONE Recordings |
| 106 | 80945510_Dec_29_2023_18_23_55_PM_6179915096.wav | TRUFONE Recordings |
| 107 | 80945510_Dec_29_2023_19_29_04_PM_9789434097.wav | TRUFONE Recordings |
| 108 | 80945510_Dec_30_2023_12_05_21_PM_6179915096.wav | TRUFONE Recordings |

| Item | Description | Folder |
|---|---|---|
| 109 | 80945510_Dec_30_2023_12_51_53_PM_6179915096.wav | TRUFONE Recordings |
| 110 | 80945510_Dec_31_2023_12_06_42_PM_6179915096.wav | TRUFONE Recordings |
| 111 | 80945510_Feb_01_2024_13_14_41_PM_6179915096.wav | TRUFONE Recordings |
| 112 | 80945510_Feb_01_2024_13_54_45_PM_6177503099.wav | TRUFONE Recordings |
| 113 | 80945510_Feb_02_2024_12_30_17_PM_6179915096.wav | TRUFONE Recordings |
| 114 | 80945510_Feb_03_2024_11_14_50_AM_8572461333.wav | TRUFONE Recordings |
| 115 | 80945510_Feb_04_2024_12_05_05_PM_6179915096.wav | TRUFONE Recordings |
| 116 | 80945510_Feb_04_2024_13_29_08_PM_8572367522.wav | TRUFONE Recordings |
| 117 | 80945510_Feb_04_2024_17_37_35_PM_6179915096.wav | TRUFONE Recordings |
| 118 | 80945510_Feb_05_2024_13_01_34_PM_6179915096.wav | TRUFONE Recordings |
| 119 | 80945510_Feb_05_2024_18_14_48_PM_6177503099.wav | TRUFONE Recordings |
| 120 | 80945510_Feb_06_2024_17_44_22_PM_6179915096.wav | TRUFONE Recordings |
| 121 | 80945510_Feb_07_2024_12_53_20_PM_6179915096.wav | TRUFONE Recordings |
| 122 | 80945510_Feb_08_2024_12_46_29_PM_6179915096.wav | TRUFONE Recordings |
| 123 | 80945510_Feb_09_2024_12_38_52_PM_6179915096.wav | TRUFONE Recordings |
| 124 | 80945510_Feb_10_2024_20_01_58_PM_6179915096.wav | TRUFONE Recordings |
| 125 | 80945510_Feb_11_2024_14_50_52_PM_6179915096.wav | TRUFONE Recordings |
| 126 | 80945510_Feb_12_2024_12_27_17_PM_6177503099.wav | TRUFONE Recordings |
| 127 | 80945510_Feb_12_2024_14_48_39_PM_6179915096.wav | TRUFONE Recordings |
| 128 | 80945510_Feb_13_2024_17_46_18_PM_6179915096.wav | TRUFONE Recordings |
| 129 | 80945510_Feb_14_2024_12_34_52_PM_6177503099.wav | TRUFONE Recordings |
| 130 | 80945510_Feb_14_2024_18_24_09_PM_8572461333.wav | TRUFONE Recordings |
| 131 | 80945510_Feb_15_2024_17_19_52_PM_6179915096.wav | TRUFONE Recordings |
| 132 | 80945510_Feb_16_2024_13_47_05_PM_6179915096.wav | TRUFONE Recordings |
| 133 | 80945510_Feb_16_2024_19_08_49_PM_4323051640.wav | TRUFONE Recordings |
| 134 | 80945510_Feb_17_2024_18_45_14_PM_6179915096.wav | TRUFONE Recordings |
| 135 | 80945510_Feb_18_2024_12_37_14_PM_6179915096.wav | TRUFONE Recordings |
| 136 | 80945510_Feb_18_2024_18_04_06_PM_6179915096.wav | TRUFONE Recordings |
| 137 | 80945510_Feb_19_2024_12_57_00_PM_6179915096.wav | TRUFONE Recordings |
| 138 | 80945510_Feb_19_2024_17_38_56_PM_6177503099.wav | TRUFONE Recordings |
| 139 | 80945510_Feb_20_2024_13_55_52_PM_6179915096.wav | TRUFONE Recordings |
| 140 | 80945510_Feb_20_2024_19_28_00_PM_6179915096.wav | TRUFONE Recordings |
| 141 | 80945510_Feb_20_2024_20_24_07_PM_6173725616.wav | TRUFONE Recordings |
| 142 | 80945510_Feb_21_2024_15_15_29_PM_6179915096.wav | TRUFONE Recordings |
| 143 | 80945510_Feb_21_2024_17_24_44_PM_8572367522.wav | TRUFONE Recordings |
| 144 | 80945510_Feb_21_2024_20_02_32_PM_6179915096.wav | TRUFONE Recordings |
| 145 | 80945510_Feb_22_2024_13_29_01_PM_6179915096.wav | TRUFONE Recordings |
| 146 | 80945510_Feb_23_2024_12_35_39_PM_6179915096.wav | TRUFONE Recordings |
| 147 | 80945510_Feb_23_2024_19_59_15_PM_6179915096.wav | TRUFONE Recordings |

| Item | Description | Folder |
|---|---|---|
| 148 | 80945510_Feb_24_2024_13_49_09_PM_6179915096.wav | TRUFONE Recordings |
| 149 | 80945510_Feb_25_2024_17_47_24_PM_6179915096.wav | TRUFONE Recordings |
| 150 | 80945510_Feb_25_2024_19_58_48_PM_6179915096.wav | TRUFONE Recordings |
| 151 | 80945510_Feb_27_2024_10_51_10_AM_6179915096.wav | TRUFONE Recordings |
| 152 | 80945510_Feb_27_2024_20_16_35_PM_6179915096.wav | TRUFONE Recordings |
| 153 | 80945510_Feb_29_2024_13_23_01_PM_6179915096.wav | TRUFONE Recordings |
| 154 | 80945510_Jan_01_2024_12_35_51_PM_8572367522.wav | TRUFONE Recordings |
| 155 | 80945510_Jan_01_2024_13_31_56_PM_6177503099.wav | TRUFONE Recordings |
| 156 | 80945510_Jan_01_2024_20_25_54_PM_6179915096.wav | TRUFONE Recordings |
| 157 | 80945510_Jan_02_2024_12_41_10_PM_6179915096.wav | TRUFONE Recordings |
| 158 | 80945510_Jan_02_2024_15_01_10_PM_6179910652.wav | TRUFONE Recordings |
| 159 | 80945510_Jan_02_2024_19_15_59_PM_9789434097.wav | TRUFONE Recordings |
| 160 | 80945510_Jan_03_2024_12_00_25_PM_6179915096.wav | TRUFONE Recordings |
| 161 | 80945510_Jan_03_2024_19_32_11_PM_6179915096.wav | TRUFONE Recordings |
| 162 | 80945510_Jan_05_2024_12_04_11_PM_6179915096.wav | TRUFONE Recordings |
| 163 | 80945510_Jan_05_2024_12_45_12_PM_6179915096.wav | TRUFONE Recordings |
| 164 | 80945510_Jan_05_2024_14_20_40_PM_6179910652.wav | TRUFONE Recordings |
| 165 | 80945510_Jan_06_2024_12_25_39_PM_6179910652.wav | TRUFONE Recordings |
| 166 | 80945510_Jan_06_2024_13_04_32_PM_6179915096.wav | TRUFONE Recordings |
| 167 | 80945510_Jan_07_2024_17_27_08_PM_6179910652.wav | TRUFONE Recordings |
| 168 | 80945510_Jan_08_2024_12_40_08_PM_6179915096.wav | TRUFONE Recordings |
| 169 | 80945510_Jan_08_2024_17_54_53_PM_6177503099.wav | TRUFONE Recordings |
| 170 | 80945510_Jan_09_2024_17_29_57_PM_6179915096.wav | TRUFONE Recordings |
| 171 | 80945510_Jan_10_2024_17_39_29_PM_6179915096.wav | TRUFONE Recordings |
| 172 | 80945510_Jan_11_2024_14_35_51_PM_6179915096.wav | TRUFONE Recordings |
| 173 | 80945510_Jan_11_2024_17_52_12_PM_6179915096.wav | TRUFONE Recordings |
| 174 | 80945510_Jan_12_2024_17_48_12_PM_9789434097.wav | TRUFONE Recordings |
| 175 | 80945510_Jan_12_2024_20_11_35_PM_6179915096.wav | TRUFONE Recordings |
| 176 | 80945510_Jan_13_2024_12_45_11_PM_6179915096.wav | TRUFONE Recordings |
| 177 | 80945510_Jan_13_2024_17_16_19_PM_6179915096.wav | TRUFONE Recordings |
| 178 | 80945510_Jan_13_2024_19_16_58_PM_6179915096.wav | TRUFONE Recordings |
| 179 | 80945510_Jan_14_2024_13_18_19_PM_6179915096.wav | TRUFONE Recordings |
| 180 | 80945510_Jan_14_2024_20_25_30_PM_6179915096.wav | TRUFONE Recordings |
| 181 | 80945510_Jan_15_2024_14_38_58_PM_6179915096.wav | TRUFONE Recordings |
| 182 | 80945510_Jan_16_2024_15_16_52_PM_8572367522.wav | TRUFONE Recordings |
| 183 | 80945510_Jan_16_2024_17_34_54_PM_6179915096.wav | TRUFONE Recordings |
| 184 | 80945510_Jan_16_2024_19_18_19_PM_6177503099.wav | TRUFONE Recordings |
| 185 | 80945510_Jan_17_2024_18_29_03_PM_6179915096.wav | TRUFONE Recordings |
| 186 | 80945510_Jan_18_2024_17_39_27_PM_6179915096.wav | TRUFONE Recordings |

| Item | Description | Folder |
|---|---|---|
| 187 | 80945510_Jan_19_2024_12_59_52_PM_6179915096.wav | TRUFONE Recordings |
| 188 | 80945510_Jan_20_2024_14_14_16_PM_6179915096.wav | TRUFONE Recordings |
| 189 | 80945510_Jan_21_2024_12_40_24_PM_6179915096.wav | TRUFONE Recordings |
| 190 | 80945510_Jan_21_2024_14_01_34_PM_6822409017.wav | TRUFONE Recordings |
| 191 | 80945510_Jan_22_2024_12_11_29_PM_6177503099.wav | TRUFONE Recordings |
| 192 | 80945510_Jan_22_2024_13_05_11_PM_8572461333.wav | TRUFONE Recordings |
| 193 | 80945510_Jan_22_2024_14_38_36_PM_6179915096.wav | TRUFONE Recordings |
| 194 | 80945510_Jan_22_2024_18_51_56_PM_6179915096.wav | TRUFONE Recordings |
| 195 | 80945510_Jan_22_2024_19_56_27_PM_6179915096.wav | TRUFONE Recordings |
| 196 | 80945510_Jan_23_2024_14_58_53_PM_6179915096.wav | TRUFONE Recordings |
| 197 | 80945510_Jan_23_2024_17_52_09_PM_9789434097.wav | TRUFONE Recordings |
| 198 | 80945510_Jan_24_2024_17_42_35_PM_6822409017.wav | TRUFONE Recordings |
| 199 | 80945510_Jan_25_2024_13_29_53_PM_6179915096.wav | TRUFONE Recordings |
| 200 | 80945510_Jan_25_2024_17_38_30_PM_6179915096.wav | TRUFONE Recordings |
| 201 | 80945510_Jan_25_2024_20_07_42_PM_6179910652.wav | TRUFONE Recordings |
| 202 | 80945510_Jan_26_2024_12_16_10_PM_6177503099.wav | TRUFONE Recordings |
| 203 | 80945510_Jan_26_2024_12_57_39_PM_6179915096.wav | TRUFONE Recordings |
| 204 | 80945510_Jan_26_2024_13_43_05_PM_6179915096.wav | TRUFONE Recordings |
| 205 | 80945510_Jan_26_2024_19_26_55_PM_9789434097.wav | TRUFONE Recordings |
| 206 | 80945510_Jan_27_2024_12_32_47_PM_6179915096.wav | TRUFONE Recordings |
| 207 | 80945510_Jan_28_2024_12_07_03_PM_6179915096.wav | TRUFONE Recordings |
| 208 | 80945510_Jan_28_2024_14_13_17_PM_6179915096.wav | TRUFONE Recordings |
| 209 | 80945510_Jan_29_2024_12_14_10_PM_6177503099.wav | TRUFONE Recordings |
| 210 | 80945510_Jan_29_2024_13_04_06_PM_6179915096.wav | TRUFONE Recordings |
| 211 | 80945510_Jan_29_2024_17_32_54_PM_6179915096.wav | TRUFONE Recordings |
| 212 | 80945510_Jan_30_2024_17_56_18_PM_6179915096.wav | TRUFONE Recordings |
| 213 | 80945510_Mar_01_2024_14_13_31_PM_6179915096.wav | TRUFONE Recordings |
| 214 | 80945510_Mar_02_2024_12_15_23_PM_6179915096.wav | TRUFONE Recordings |
| 215 | 80945510_Mar_03_2024_11_47_34_AM_6179915096.wav | TRUFONE Recordings |
| 216 | 80945510_Mar_03_2024_14_21_48_PM_6179915096.wav | TRUFONE Recordings |
| 217 | 80945510_Mar_04_2024_12_17_49_PM_8572461333.wav | TRUFONE Recordings |
| 218 | 80945510_Mar_04_2024_17_56_10_PM_6179915096.wav | TRUFONE Recordings |
| 219 | 80945510_Mar_05_2024_12_24_04_PM_6179915096.wav | TRUFONE Recordings |
| 220 | 80945510_Mar_05_2024_17_45_43_PM_6177503099.wav | TRUFONE Recordings |
| 221 | 80945510_Mar_06_2024_13_34_39_PM_6179915096.wav | TRUFONE Recordings |
| 222 | 80945510_Mar_06_2024_14_19_30_PM_6179915096.wav | TRUFONE Recordings |
| 223 | 80945510_Mar_07_2024_12_00_12_PM_6179915096.wav | TRUFONE Recordings |
| 224 | 80945510_Mar_08_2024_12_00_00_PM_6179915096.wav | TRUFONE Recordings |
| 225 | 80945510_Mar_09_2024_18_10_48_PM_6179915096.wav | TRUFONE Recordings |

| Item | Description | Folder |
|------|-------------|--------|
| 226 | 80945510_Mar_10_2024_13_07_16_PM_6179915096.wav | TRUFONE Recordings |
| 227 | 80945510_Mar_10_2024_15_02_54_PM_6179915096.wav | TRUFONE Recordings |
| 228 | 80945510_Mar_11_2024_18_14_46_PM_8572461333.wav | TRUFONE Recordings |
| 229 | 80945510_Mar_15_2024_13_13_48_PM_3236188939.wav | TRUFONE Recordings |
| 230 | 80945510_Mar_16_2024_12_10_17_PM_6179915096.wav | TRUFONE Recordings |
| 231 | 80945510_Mar_16_2024_14_23_33_PM_8572367522.wav | TRUFONE Recordings |
| 232 | 80945510_Mar_17_2024_13_15_19_PM_9394382312.wav | TRUFONE Recordings |
| 233 | 80945510_Mar_17_2024_18_36_14_PM_6177503099.wav | TRUFONE Recordings |
| 234 | 80945510_Mar_18_2024_18_36_07_PM_6177503099.wav | TRUFONE Recordings |
| 235 | 80945510_Mar_19_2024_18_25_59_PM_6177503099.wav | TRUFONE Recordings |
| 236 | 80945510_Mar_20_2024_17_48_13_PM_6179915096.wav | TRUFONE Recordings |
| 237 | 80945510_Mar_20_2024_20_12_26_PM_8572461333.wav | TRUFONE Recordings |
| 238 | 80945510_Mar_21_2024_18_07_51_PM_8572367522.wav | TRUFONE Recordings |
| 239 | 80945510_Mar_23_2024_14_02_19_PM_6179915096.wav | TRUFONE Recordings |
| 240 | 80945510_Mar_23_2024_17_07_14_PM_6179915096.wav | TRUFONE Recordings |
| 241 | 80945510_Mar_24_2024_11_38_04_AM_6179915096.wav | TRUFONE Recordings |
| 242 | 80945510_Mar_25_2024_14_56_50_PM_9394382312.wav | TRUFONE Recordings |
| 243 | 80945510_Mar_25_2024_17_47_47_PM_6179915096.wav | TRUFONE Recordings |
| 244 | 80945510_Mar_26_2024_17_28_20_PM_6179915096.wav | TRUFONE Recordings |
| 245 | 80945510_Mar_26_2024_19_56_49_PM_6177503099.wav | TRUFONE Recordings |
| 246 | 80945510_Mar_27_2024_17_44_42_PM_6179915096.wav | TRUFONE Recordings |
| 247 | 80945510_Mar_27_2024_19_14_14_PM_6177503099.wav | TRUFONE Recordings |
| 248 | 80945510_Mar_27_2024_20_25_08_PM_8572367522.wav | TRUFONE Recordings |
| 249 | 80945510_Mar_28_2024_13_12_48_PM_6179915096.wav | TRUFONE Recordings |
| 250 | 80945510_Mar_28_2024_14_13_02_PM_6179915096.wav | TRUFONE Recordings |
| 251 | 80945510_Mar_28_2024_18_27_25_PM_8572461333.wav | TRUFONE Recordings |
| 252 | 80945510_Mar_29_2024_12_44_26_PM_6179915096.wav | TRUFONE Recordings |
| 253 | 80945510_Mar_30_2024_13_43_14_PM_6179915096.wav | TRUFONE Recordings |
| 254 | 80945510_Mar_30_2024_17_07_22_PM_6179915096.wav | TRUFONE Recordings |
| 255 | 80945510_Mar_31_2024_11_41_22_AM_6179915096.wav | TRUFONE Recordings |
| 256 | 80945510_Nov_01_2023_10_08_38_AM_8572461333.wav | TRUFONE Recordings |
| 257 | 80945510_Nov_01_2023_13_16_13_PM_6179915096.wav | TRUFONE Recordings |
| 258 | 80945510_Nov_01_2023_19_31_11_PM_6177503099.wav | TRUFONE Recordings |
| 259 | 80945510_Nov_02_2023_14_20_22_PM_6179915096.wav | TRUFONE Recordings |
| 260 | 80945510_Nov_02_2023_17_37_41_PM_6177503099.wav | TRUFONE Recordings |
| 261 | 80945510_Nov_02_2023_19_34_46_PM_6179915096.wav | TRUFONE Recordings |
| 262 | 80945510_Nov_03_2023_10_11_03_AM_6177503099.wav | TRUFONE Recordings |
| 263 | 80945510_Nov_03_2023_12_49_28_PM_6179915096.wav | TRUFONE Recordings |
| 264 | 80945510_Nov_04_2023_13_10_32_PM_6179915096.wav | TRUFONE Recordings |

| Item | Description | Folder |
|---|---|---|
| 265 | 80945510_Nov_05_2023_12_34_38_PM_6179915096.wav | TRUFONE Recordings |
| 266 | 80945510_Nov_06_2023_12_00_03_PM_8572367522.wav | TRUFONE Recordings |
| 267 | 80945510_Nov_06_2023_12_46_06_PM_6179915096.wav | TRUFONE Recordings |
| 268 | 80945510_Nov_06_2023_20_09_52_PM_6177503099.wav | TRUFONE Recordings |
| 269 | 80945510_Nov_07_2023_17_32_41_PM_6179915096.wav | TRUFONE Recordings |
| 270 | 80945510_Nov_07_2023_18_29_15_PM_6177503099.wav | TRUFONE Recordings |
| 271 | 80945510_Nov_08_2023_09_43_28_AM_6179915096.wav | TRUFONE Recordings |
| 272 | 80945510_Nov_08_2023_12_00_11_PM_6179915096.wav | TRUFONE Recordings |
| 273 | 80945510_Nov_08_2023_12_31_34_PM_6179915096.wav | TRUFONE Recordings |
| 274 | 80945510_Nov_08_2023_13_11_18_PM_6179915096.wav | TRUFONE Recordings |
| 275 | 80945510_Nov_08_2023_14_14_56_PM_6179915096.wav | TRUFONE Recordings |
| 276 | 80945510_Nov_08_2023_20_24_42_PM_6177503099.wav | TRUFONE Recordings |
| 277 | 80945510_Nov_10_2023_12_34_47_PM_6179915096.wav | TRUFONE Recordings |
| 278 | 80945510_Nov_16_2023_12_12_50_PM_8572367522.wav | TRUFONE Recordings |
| 279 | 80945510_Nov_16_2023_12_59_21_PM_6179915096.wav | TRUFONE Recordings |
| 280 | 80945510_Nov_16_2023_13_49_33_PM_6179910652.wav | TRUFONE Recordings |
| 281 | 80945510_Nov_16_2023_14_39_24_PM_8573166113.wav | TRUFONE Recordings |
| 282 | 80945510_Nov_16_2023_17_24_19_PM_8572461333.wav | TRUFONE Recordings |
| 283 | 80945510_Nov_16_2023_19_10_36_PM_6179915096.wav | TRUFONE Recordings |
| 284 | 80945510_Nov_17_2023_17_05_51_PM_6179915096.wav | TRUFONE Recordings |
| 285 | 80945510_Nov_17_2023_17_52_08_PM_7872488171.wav | TRUFONE Recordings |
| 286 | 80945510_Nov_18_2023_17_29_58_PM_6179915096.wav | TRUFONE Recordings |
| 287 | 80945510_Nov_19_2023_13_02_50_PM_8572301460.wav | TRUFONE Recordings |
| 288 | 80945510_Nov_20_2023_12_06_28_PM_6179915096.wav | TRUFONE Recordings |
| 289 | 80945510_Nov_20_2023_17_12_18_PM_8572461333.wav | TRUFONE Recordings |
| 290 | 80945510_Nov_21_2023_10_01_03_AM_6177503099.wav | TRUFONE Recordings |
| 291 | 80945510_Nov_22_2023_17_31_53_PM_6179915096.wav | TRUFONE Recordings |
| 292 | 80945510_Nov_23_2023_17_53_20_PM_6179915096.wav | TRUFONE Recordings |
| 293 | 80945510_Nov_23_2023_19_00_00_PM_8572367522.wav | TRUFONE Recordings |
| 294 | 80945510_Nov_24_2023_12_07_16_PM_6179915096.wav | TRUFONE Recordings |
| 295 | 80945510_Nov_24_2023_17_43_25_PM_6179915096.wav | TRUFONE Recordings |
| 296 | 80945510_Nov_25_2023_13_22_44_PM_6177503099.wav | TRUFONE Recordings |
| 297 | 80945510_Nov_25_2023_14_06_57_PM_9394099005.wav | TRUFONE Recordings |
| 298 | 80945510_Nov_25_2023_17_13_07_PM_6179915096.wav | TRUFONE Recordings |
| 299 | 80945510_Nov_26_2023_13_07_01_PM_8572367522.wav | TRUFONE Recordings |
| 300 | 80945510_Nov_26_2023_13_42_50_PM_6173725616.wav | TRUFONE Recordings |
| 301 | 80945510_Nov_26_2023_19_51_02_PM_6179915096.wav | TRUFONE Recordings |
| 302 | 80945510_Nov_27_2023_12_00_28_PM_6179915096.wav | TRUFONE Recordings |
| 303 | 80945510_Nov_27_2023_17_47_47_PM_8572461333.wav | TRUFONE Recordings |

| Item | Description | Folder |
|---|---|---|
| 304 | 80945510_Nov_27_2023_20_06_00_PM_6177503099.wav | TRUFONE Recordings |
| 305 | 80945510_Nov_28_2023_19_14_35_PM_6179910652.wav | TRUFONE Recordings |
| 306 | 80945510_Nov_28_2023_20_17_19_PM_6179915096.wav | TRUFONE Recordings |
| 307 | 80945510_Nov_29_2023_12_00_22_PM_8572367522.wav | TRUFONE Recordings |
| 308 | 80945510_Nov_29_2023_12_37_11_PM_6179915096.wav | TRUFONE Recordings |
| 309 | 80945510_Nov_29_2023_17_58_41_PM_8573166113.wav | TRUFONE Recordings |
| 310 | 80945510_Nov_29_2023_19_10_10_PM_8572301460.wav | TRUFONE Recordings |
| 311 | 80945510_Nov_30_2023_12_12_43_PM_6179915096.wav | TRUFONE Recordings |
| 312 | 80945510_Nov_30_2023_12_55_03_PM_6177503099.wav | TRUFONE Recordings |
| 313 | 80945510_Oct_12_2023_09_05_51_AM_6179915096.wav | TRUFONE Recordings |
| 314 | 80945510_Oct_12_2023_10_18_14_AM_8572367522.wav | TRUFONE Recordings |
| 315 | 80945510_Oct_12_2023_13_20_38_PM_6179915096.wav | TRUFONE Recordings |
| 316 | 80945510_Oct_12_2023_14_36_02_PM_6179915096.wav | TRUFONE Recordings |
| 317 | 80945510_Oct_12_2023_17_48_53_PM_6179915096.wav | TRUFONE Recordings |
| 318 | 80945510_Oct_13_2023_09_57_17_AM_6179915096.wav | TRUFONE Recordings |
| 319 | 80945510_Oct_13_2023_19_15_44_PM_6179915096.wav | TRUFONE Recordings |
| 320 | 80945510_Oct_14_2023_11_20_15_AM_6179915096.wav | TRUFONE Recordings |
| 321 | 80945510_Oct_14_2023_12_42_49_PM_6179915096.wav | TRUFONE Recordings |
| 322 | 80945510_Oct_14_2023_13_37_22_PM_6177503099.wav | TRUFONE Recordings |
| 323 | 80945510_Oct_14_2023_18_54_33_PM_8572461333.wav | TRUFONE Recordings |
| 324 | 80945510_Oct_15_2023_08_43_49_AM_8572461333.wav | TRUFONE Recordings |
| 325 | 80945510_Oct_15_2023_12_00_40_PM_8572461333.wav | TRUFONE Recordings |
| 326 | 80945510_Oct_15_2023_15_08_45_PM_6179915096.wav | TRUFONE Recordings |
| 327 | 80945510_Oct_16_2023_17_59_46_PM_6179915096.wav | TRUFONE Recordings |
| 328 | 80945510_Oct_16_2023_19_16_33_PM_6177503099.wav | TRUFONE Recordings |
| 329 | 80945510_Oct_17_2023_10_52_57_AM_6177503099.wav | TRUFONE Recordings |
| 330 | 80945510_Oct_17_2023_13_20_26_PM_6179915096.wav | TRUFONE Recordings |
| 331 | 80945510_Oct_17_2023_17_27_33_PM_6177503099.wav | TRUFONE Recordings |
| 332 | 80945510_Oct_17_2023_20_13_50_PM_6179915096.wav | TRUFONE Recordings |
| 333 | 80945510_Oct_18_2023_18_39_21_PM_8572461333.wav | TRUFONE Recordings |
| 334 | 80945510_Oct_19_2023_09_25_18_AM_6179915096.wav | TRUFONE Recordings |
| 335 | 80945510_Oct_19_2023_12_30_25_PM_6179915096.wav | TRUFONE Recordings |
| 336 | 80945510_Oct_19_2023_15_08_27_PM_6179915096.wav | TRUFONE Recordings |
| 337 | 80945510_Oct_19_2023_17_55_01_PM_8572461333.wav | TRUFONE Recordings |
| 338 | 80945510_Oct_20_2023_10_06_51_AM_8572461333.wav | TRUFONE Recordings |
| 339 | 80945510_Oct_21_2023_14_37_11_PM_6179915096.wav | TRUFONE Recordings |
| 340 | 80945510_Oct_22_2023_12_43_32_PM_6179915096.wav | TRUFONE Recordings |
| 341 | 80945510_Oct_22_2023_18_10_44_PM_6179915096.wav | TRUFONE Recordings |
| 342 | 80945510_Oct_22_2023_18_58_22_PM_6179915096.wav | TRUFONE Recordings |

| Item | Description | Folder |
|---|---|---|
| 343 | 80945510_Oct_22_2023_20_15_42_PM_6179915096.wav | TRUFONE Recordings |
| 344 | 80945510_Oct_23_2023_12_57_06_PM_8572461333.wav | TRUFONE Recordings |
| 345 | 80945510_Oct_24_2023_10_51_34_AM_8574922667.wav | TRUFONE Recordings |
| 346 | 80945510_Oct_24_2023_13_21_06_PM_6177503099.wav | TRUFONE Recordings |
| 347 | 80945510_Oct_24_2023_17_46_04_PM_6179915096.wav | TRUFONE Recordings |
| 348 | 80945510_Oct_25_2023_14_05_01_PM_6179915096.wav | TRUFONE Recordings |
| 349 | 80945510_Oct_26_2023_18_04_19_PM_6179915096.wav | TRUFONE Recordings |
| 350 | 80945510_Oct_26_2023_18_48_07_PM_6177503099.wav | TRUFONE Recordings |
| 351 | 80945510_Oct_26_2023_19_45_32_PM_8574922667.wav | TRUFONE Recordings |
| 352 | 80945510_Oct_27_2023_12_30_14_PM_8572461333.wav | TRUFONE Recordings |
| 353 | 80945510_Oct_27_2023_17_22_39_PM_8572461333.wav | TRUFONE Recordings |
| 354 | 80945510_Oct_28_2023_14_06_06_PM_6179915096.wav | TRUFONE Recordings |
| 355 | 80945510_Oct_28_2023_18_15_25_PM_8572461333.wav | TRUFONE Recordings |
| 356 | 80945510_Oct_29_2023_11_37_06_AM_6179915096.wav | TRUFONE Recordings |
| 357 | 80945510_Oct_29_2023_18_59_16_PM_6179915096.wav | TRUFONE Recordings |
| 358 | 80945510_Oct_29_2023_19_42_34_PM_6173725616.wav | TRUFONE Recordings |
| 359 | 80945510_Oct_30_2023_12_01_38_PM_6179915096.wav | TRUFONE Recordings |
| 360 | 80945510_Oct_30_2023_13_11_30_PM_6179915096.wav | TRUFONE Recordings |
| 361 | 80945510_Oct_30_2023_13_52_45_PM_6179915096.wav | TRUFONE Recordings |
| 362 | 80945510_Oct_30_2023_18_14_02_PM_6177503099.wav | TRUFONE Recordings |
| 363 | 80945510_Oct_30_2023_19_52_41_PM_6179915096.wav | TRUFONE Recordings |
| 364 | 80945510_Oct_31_2023_12_00_13_PM_6179915096.wav | TRUFONE Recordings |
| 365 | 80945510_Oct_31_2023_14_02_09_PM_6179915096.wav | TRUFONE Recordings |
| 366 | 80945510_Oct_31_2023_18_26_36_PM_6179915096.wav | TRUFONE Recordings |
| 367 | AutoRun.inf | TRUFONE Recordings |
| 368 | index.htm | TRUFONE Recordings |
| 369 | shellexec.exe | TRUFONE Recordings |
| 370 | banner_left.png | TRUFONE Recordings\images |
| 371 | banner_middle.png | TRUFONE Recordings\images |
| 372 | banner_right.png | TRUFONE Recordings\images |
| 373 | greenspeaker.gif | TRUFONE Recordings\images |
| 374 | smatglogo.gif | TRUFONE Recordings\images |
| 375 | 2023-09-29 Statement of LTJG Nate Skrabacz.PDF | USCG Statements |
| 376 | 2023-09-29 Statement of Officer Gian Gerena Torres.PDF | USCG Statements |
| 377 | 2023-10-29 Statement of ME1 Pedro Alejandro Rivra.PDF | USCG Statements |
| 378 | 2023-10-10_14_55_14Z_638325467820130788.ts | Videos |

| Item | Description | Folder |
| --- | --- | --- |
| 379 | 2023-10-10_15_00_23Z_638325470907596876.ts | Videos |
| 380 | 2023-10-10_15_05_33Z_638325474011814581.ts | Videos |
| 381 | 2023-10-10_15_10_44Z_638325477110119586.ts | Videos |
| 382 | 2023-10-10_15_15_54Z_638325480207233868.ts | Videos |
| 383 | 2023-10-10_15_21_03Z_638325483296345836.ts | Videos |
| 384 | 2023-10-10_15_26_12Z_638325486394579926.ts | Videos |
| 385 | 2023-10-10_15_31_21Z_638325489490069471.ts | Videos |
| 386 | 2023-10-10_15_36_32Z_638325492583270632.ts | Videos |
| 387 | 2023-10-10_15_41_41Z_638325495681764472.ts | Videos |
| 388 | 2023-10-10_15_46_50Z_638325498775371516.ts | Videos |
| 389 | 2023-10-10_15_52_00Z_638325501878774710.ts | Videos |
| 390 | 2023-10-10_15_57_10Z_638325504970002826.ts | Videos |
| 391 | 2023-10-10_16_02_19Z_638325508066843151.ts | Videos |
| 392 | 2023-10-10_16_07_29Z_638325511158151488.ts | Videos |
| 393 | 2023-10-10_16_12_38Z_638325514259497257.ts | Videos |
| 394 | 2023-10-10_16_17_48Z_638325517359336328.ts | Videos |
| 395 | 2023-10-10_16_22_58Z_638325520468937671.ts | Videos |
| 396 | 2023-10-10_16_28_09Z_638325523569330326.ts | Videos |
| 397 | 2023-10-10_16_33_19Z_638325526660517609.ts | Videos |
| 398 | 2023-10-10_16_38_29Z_638325529755458776.ts | Videos |
| 399 | 2023-10-10_16_43_37Z_638325532844438127.ts | Videos |
| 400 | 2023-10-10_16_48_46Z_638325535942077368.ts | Videos |
| 401 | 2023-10-10_16_53_56Z_638325539033882576.ts | Videos |
| 402 | 2023-10-10_16_59_05Z_638325542125375661.ts | Videos |
| 403 | 2023-10-10_17_04_14Z_638325545216925443.ts | Videos |
| 404 | 2023-10-10_17_09_24Z_638325548301540060.ts | Videos |
| 405 | 2023-10-10_17_14_33Z_638325551393817815.ts | Videos |
| 406 | 2023-10-10_17_19_42Z_638325554486712189.ts | Videos |
| 407 | 2023-10-10_17_24_49Z_638325557573503111.ts | Videos |
| 408 | 2023-10-10_17_29_59Z_638325560664979031.ts | Videos |
| 409 | 2023-10-10_17_35_09Z_638325563760156302.ts | Videos |
| 410 | 2023-10-10_17_40_19Z_638325566852104946.ts | Videos |
| 411 | 2023-10-10_17_45_28Z_638325569945124209.ts | Videos |
| 412 | 2023-10-10_17_50_37Z_638325573039196716.ts | Videos |
| 413 | 2023-10-10_17_55_46Z_638325576137262075.ts | Videos |
| 414 | 2023-10-10_18_00_55Z_638325579234310231.ts | Videos |
| 415 | 2023-10-10_18_06_06Z_638325582322783023.ts | Videos |
| 416 | 2023-10-10_18_11_15Z_638325585418111616.ts | Videos |
| 417 | 20231010110846-638325471632586839_snap-TOI-1-14-59-38-00001.jpg | Videos |

| Item | Description | Folder |
|------|-------------|--------|
| 418 | 20231010110846-638325471633602360_snap-TOI-1-15-00-37-00002.jpg | Videos |
| 419 | 20231010110846-638325471633801482_snap-TOI-1-15-02-03-00003.jpg | Videos |
| 420 | 20231010110846-638325471634229602_snap-TOI-1-15-02-27-00004.jpg | Videos |
| 421 | 20231010110846-638325471634687589_snap-TOI-1-15-03-04-00005.jpg | Videos |
| 422 | 20231010110847-638325471635155515_snap-TOI-1-15-03-15-00006.jpg | Videos |
| 423 | 20231010110847-638325471635563717_snap-TOI-1-15-03-25-00007.jpg | Videos |
| 424 | 20231010145331-clip_20231010150304740_TOI-1.ts | Videos |
| 425 | 2017-11-29_Quincy Police Department Incident Report.pdf | |
| 426 | 2023-04-08 BOP Chain of Custody Log.pdf | |
| 427 | 2023-09-29 USCG Action Report_Initial Crime Report_Redacted.pdf | |
| 428 | 2023-10-03 USCG Action Supplement Report_Records Checks_Redacted.pdf | |
| 429 | 2023-10-05 Statement for Foregin Nationals.PDF | |
| 430 | 2023-10-05 USCG Action Supplement Report_Acquisition of Exh. 1, 2, 3_Redacted.pdf | |
| 431 | 2023-10-05 USCG Action Supplement Report_Initial Appearance_Redacted.pdf | |
| 432 | 2023-10-05_CGIS Advice of Rights.pdf | |
| 433 | 2023-10-05_USDCPR Order to Detain.pdf | |
| 434 | 2023-10-06 USCG Action Supplement Report_Interview of Lara-Martinez_Redacted.pdf | |
| 435 | 2023-10-10 USCG Action Supplement Report_Statements_Redacted.pdf | |
| 436 | 2023-10-11 USCG Action Supplement Report_Chain of Custody Exh. 4_Redacted.pdf | |
| 437 | 2023-10-23 USCG Action Supplement Report_GJ Indictment_Redacted.pdf | |
| 438 | 2024-04-08 BOP Subpoena Return Email.pdf | |
| 439 | 2024-04-08 Subpoena Letter Requesting Monitor Recorded Calls.pdf | |
| 440 | 2024-04-12 DR Arrest Warrant.pdf | |
| 441 | 2024-04-15 BOP TRULINCS Messages_Sanitized.pdf | |
| 442 | 2024-04-19 DOJ MLAT Results Letter.pdf | |
| 443 | 2027-04-08 BOP Receipt for Property.pdf | |
| 444 | 2027-04-08 BOP TRUFONE Monitor Recorded Calls.pdf | |
| 445 | NCIC Aldrin Manuel Lara.pdf | |
| 446 | Photo of US Passport.pdf | |

| Item | Description | Folder |
|---|---|---|
| 447 | Photo_Massachusetts Driver's License.pdf | |
| 448 | Photos of Lara-Martinez.pdf | |
| 449 | Photos_Detainee Log Book.pdf | |
| 450 | Photos_Passport Book.pdf | |
| 451 | Tik Tok Video of Interdiction.mp4 | |

The United States intends to use at trial the above-listed discovery materials, exhibits, and information contained therein and the United States hereby designates such materials and information in accordance with Rule 12(b)(4) of the Federal Rules of Criminal Procedure.

The United States recognizes its obligation under *Brady v. Maryland*, 373 U.S. 83 (1963) to divulge exculpatory evidence in a timely manner. As of this date, no exculpatory evidence has been uncovered. However, the United States will provide any exculpatory evidence that may be uncovered in the future.

Rule 16 also gives the United States of America a reciprocal right of discovery. Please consider this letter as a request for reciprocal discovery under Fed. R. Crim. P. 16(b)(1)(A)-(C) and provide the United States with (A) all documents and objects in the defense's possession that the defense intends to use at trial, (B) reports of examinations and tests in the defense's possession that the defense intends to use at trial, and (C) notice of any expert witnesses that the defense intends to use at trial.

The United States of America formally requests that the defendant provide notice to the undersigned Assistant United States Attorney, in writing and in accordance with the terms and conditions specified in Rules 12.1, 12.2, and 12.3 of the Federal Rules of Criminal Procedure, of any potential alibi, insanity, or public authority defense that the defendant intends to assert.

Finally, please note the acknowledgment page attached to this letter. This page also details the United States Attorney's Office's policy regarding negotiations and Plea Agreements between your client and the United States of America. Please review and sign upon receipt of this discovery letter.

Sincerely,

W. Stephen Muldrow
United States Attorney


*s/ Ryan McCabe*
Ryan McCabe
Assistant U.S. Attorney