IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------------------X
UNITED STATES OF AMERICA,
Plaintiff,
                                                    CRIM. NO. 24-154 (SCC)

        -against-

ALDRIN MANUEL LARA-MARTINEZ,


Defendant
------------------------------------------------------------------------X
```

# **<u>EXHIBIT A</u>**

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT



U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2011 DEC 15 PM 4:45

BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
) NO. 2:11-CR-161
v. )
)
KENNETH L. MILLER ) 18 U.S.C. §§ 1204 and 2

## INDICTMENT

The Grand Jury charges:

### COUNT 1

From on or about September 21, 2009 to on or about September 23, 2009, in the District of Vermont and elsewhere, defendant KENNETH L. MILLER aided and abetted Lisa Miller in the removal of a child from the United States with the intent to obstruct the lawful exercise of parental rights.

(18 U.S.C. §§ 1204 and 2)

A TRUE BILL

_____ (EAPC)
TRISTRAM J. COFFIN
United States Attorney
Burlington, Vermont
December 15, 2011