IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------------------X

UNITED STATES OF AMERICA,

Plaintiff,

                                                      CRIM. NO. 24-154 (SCC)

-against-

[1] ALDRIN MANUEL LARA-MARTINEZ
[2] FRANKLYN BAEZ-OTANO,

Defendant

----------------------------------------------------------------------X

## THE GOVERNMENT'S MOTION TO UNSEAL DOCKET ENTRY NO. 11

COMES NOW the United States of America, by and through the undersigned attorneys, and respectfully states and prays as follows:

1.      On May 2, 2024, the government filed a Memorandum in Support of Detention. (Dk't No. 11). On May 2, 2024, the government filed a Motion to Restrict Document at Docket Entry No. 11—to case participants level of viewing restriction. (Dk't No. 12).

2.      The government respectfully requests the Court unseal Docket Entry No. 11.

3.      On July 23, 2026, counsel for Aldrin Manuel Lara-Martinez in the District of Massachusetts indicated that he assented to the government's motion.

1

WHEREFORE, the government respectfully requests the Court unseal Docket Entry No. 11.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 24th day of July, 2026.

HECTOR E. RAMIREZ-CARBO
ACTING UNITED STATES ATTORNEY


DAVID JAFFE
Chief
Violent Crime and Racketeering Section, Criminal Division
U.S. Department of Justice

By:    /s/ Ryan R. McCabe
       Ryan R. McCabe--G03505
       Trial Attorney
       1301 New York Ave NW
       Washington, DC 20530
       Tel: (202) 538-5612
       Email: ryan.mccabe@usdoj.gov

2

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically using selected parties and is available for viewing and downloading by the selected parties from the Court's CFM/ECF system by U.S. Attorney's Office.

/s/ Ryan R. McCabe
Ryan R. McCabe – G03505
Assistant United States Attorney
Torre Chardon, Suite 1201
350 Carlos Chardon Street
San Juan, PR 00918
ryan.mccabe@usdoj.gov